1  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   MICHAEL HOLBROOK
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 MICHAEL HOLBROOK,                    )  No.  5:10-CV-03499-~~HRL~~  JF
                                        )
12         Plaintiff,                   )  **REQUEST FOR DISMISSAL OF RITE**
                                        )  **AID CORPORATION and THRIFTY**
13    vs.                               )  **PAYLESS, INC. <u>ONLY</u>; ORDER**
                                        )
14 GILROY VILLAGE SHOPPING CENTER,      )
   LLC., et al.,                        )
15                                      )
                                        )
16         Defendants.                  )
                                        )
17                                      )

18     WHEREAS, Plaintiff and Defendants Rite Aid Corporation and Thrifty Payless, Inc.

19 have reached a full and complete settlement of this matter as it relates to Rite Aid Corporation

20 and Thrifty Payless, Inc;

21     WHEREAS, Plaintiff and Defendants Rite Aid Corporation and Thrifty Payless, Inc.

22 seek to have Rite Aid Corporation and Thrifty Payless, Inc. dismissed with prejudice from this

23 action;

24     WHEREAS, no counterclaim has been filed in this action;

25     Plaintiff hereby respectfully requests that Defendants Rite Aid Corporation and Thrifty

26 Payless, Inc. <u>only</u> be dismissed with prejudice pursuant to Federal Rules of Civil Procedure

27 41(a)(2).

28 ///

1  Date: February 16, 2011                           MOORE LAW FIRM, P.C.
2
3                                                    /s/Tanya E. Moore
4                                                    Tanya E. Moore
                                                     Attorneys for Plaintiff
5
6                                          **ORDER**
7      Good cause appearing,
8      IT IS HEREBY ORDERED that <u>Rite Aid Corporation</u> and <u>Thrifty Payless, Inc.</u> <u>only</u> be
9  dismissed with prejudice from this action.
10
11  Dated: 3/1/11                                    _____
12                                                   United States Magistrate Judge
                                                              District
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Holbrook v. Gilroy Village Shopping Center, et al.*
Request for Dismissal

                                        Page 2