1  Tanya E. Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Michael Holbrook

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| MICHAEL HOLBROOK, | No. 5:10-CV-03499-HRL |
| Plaintiff, | **REQUEST FOR DISMISSAL OF DEFENDANTS GILROY VILLAGE SHOPPING CENTER, LLC and R.J. DYER REAL PROPERTY INVESTMENTS CORPORATION ONLY; ORDER** |
| vs. | |
| GILROY VILLAGE SHOPPING CENTER, LLC, et al., | |
| Defendants. | |

WHEREAS, Plaintiff Michael Holbrook ("Plaintiff") and Defendants Gilroy Village Shopping Center, LLC and R.J. Dyer Real Property Investments Corporation (collectively referred to as "Defendants") have reached a resolution of this matter as to Defendants;

WHEREAS, Plaintiff desires to have Defendants dismissed with prejudice from the action;

WHEREAS, Defendants have filed responsive pleadings in this action but no counterclaim has been filed;

/

/

/

/

*Holbrook v. Gilroy Village Shopping Center, LLC, et al.*
Request for Dismissal; Order
                                    Page 1

1  Plaintiff hereby respectfully requests that Defendants be dismissed with prejudice
2  pursuant to Federal Rule of Civil Procedure 41(a)(2).

4  Date: March 21, 2011               MOORE LAW FIRM, P.C.

6                                     /s/Tanya E. Moore
7                                     Tanya E. Moore
                                      Attorneys for Plaintiff Michael Holbrook

## ORDER

Good cause appearing,

**IT IS HEREBY ORDERED** that Defendants <u>Gilroy Village Shopping Center, LLC</u> and <u>R.J. Dyer Real Property Investments Corporation</u> <u>only</u> be dismissed with prejudice from this action.

**IT IS SO ORDERED**.

Dated: 4/4/11                          _____
                                       United States District Court Judge