1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Michael Holbrook
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | MICHAEL HOLBROOK,                  ) No.  5:10-CV-3499-HRL
                                        )
12 |         Plaintiff,                 ) **REQUEST FOR DISMISSAL OF SMART**
                                        ) **& FINAL INC. ONLY; ORDER**
13 |    vs.                             )
                                        )
14 | GILROY VILLAGE SHOPPING CENTER,    )
   | LLC, et al.,                       )
15 |                                    )
                                        )
16 |         Defendants.                )
                                        )
17 |_____ )

18      WHEREAS, Plaintiff Michael Holbrook ("Plaintiff") and Defendant Smart & Final, Inc.
19 ("Defendant") have settled the matter as between themselves;
20      WHEREAS, Defendant has filed an answer but no counterclaim has been filed;
21      WHEREAS, Plaintiff desires to have Defendant dismissed with prejudice from this
22 action;
23      Plaintiff Michael Holbrook hereby respectfully requests that Defendant Smart & Final,
24 Inc. only be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

25  Date: April 12, 2011                    MOORE LAW FIRM, P.C.
26

27
                                           /s/Tanya E. Moore
28                                         Tanya E. Moore
                                           Attorneys for Plaintiff Michael Holbrook


*Holbrook v. Gilroy Village Shopping Center, LLC, et al.*
Request for Dismissal; Order
                              Page 1

1
2
**ORDER**

3
Good cause appearing,

4
IT IS HEREBY ORDERED that <u>only</u> <u>Smart & Final, Inc</u>. be dismissed with prejudice

5
from this action.

6
**IT IS SO ORDERED.**

7
8
9
10   Dated: 4/19/11                         _____
11                                          United States Magistrate Judge
                                                           District
12
13
...
28