1  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   MICHAEL HOLBROOK
6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL HOLBROOK, | ) No. 5:10-CV-03499-HRL |
|---|---|
| Plaintiff, | ) **REQUEST FOR DISMISSAL OF GAETA'S TAQUERIA, INC.; GEORGE CHEN dba PEARL SUSHI LOVERS; and MEZA CORPORATION dba PINK ELEPHANT BAKERY ONLY; ORDER** |
| vs. | |
| GILROY VILLAGE SHOPPING CENTER, LLC., et al., | |
| Defendants. | |

WHEREAS, Plaintiff Michael Holbrook ("Plaintiff") and Defendants Gaeta's Taqueria, Inc., George Chen dba Pearl Sushi Lovers, and Mesa Corporation dba Pink Elephant Bakery (collectively referred to as "Defendants"), all of whom have appeared in this action, have reached a full and complete settlement of this matter as between them;

WHEREAS, Plaintiff and Defendants seek to have Defendants dismissed with prejudice from this action;

WHEREAS, no counterclaim has been filed in this action;

Plaintiff hereby respectfully requests that Defendants Gaeta's Taqueria, Inc., George Chen dba Pearl Sushi Lovers, and Mesa Corporation dba Pink Elephant Bakery <u>only</u> be dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(2).

///

| | | |
|---|---|---|
| 1 | Date: May 13, 2011 | MOORE LAW FIRM, P.C. |

/s/Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff

### ORDER

Good cause appearing,

IT IS HEREBY ORDERED that <u>Gaeta's Taqueria, Inc.</u>, <u>George Chen dba Pearl Sushi Lovers</u>, and <u>Mesa Corporation dba Pink Elephant Bakery</u> <u>only</u> be dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: 6/8/11

_____
United States District Judge

*Holbrook v. Gilroy Village Shopping Center, et al.*
Request for Dismissal; Order