1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   MICHAEL HOLBROOK
6

7

8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL HOLBROOK, | No.  5:10-CV-03499-HRL-JF |
| Plaintiff, | **REQUEST FOR DISMISSAL OF AL SHEN XUE dba MONGOLIAN BBQ BUFFET <u>ONLY</u>; [PROPOSED] ORDER** |
| vs. | |
| GILROY VILLAGE SHOPPING CENTER, LLC., et al., | |
| Defendants. | |

WHEREAS, Plaintiff Michael Holbrook ("Plaintiff") and Defendant Al Shen Xue dba Mongolian BBQ Buffet ("Defendant"), who has appeared in this action, have reached a full and complete settlement of this matter as between them;

WHEREAS, Plaintiff and Defendant seek to have Defendant dismissed with prejudice from this action;

WHEREAS, no counterclaim has been filed in this action;

Plaintiff hereby respectfully requests that Defendant Al Shen Xue dba Mongolian BBQ Buffet <u>only</u> be dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(2).

///

///

| | |
|---|---|
| Date: June 9, 2011 | MOORE LAW FIRM, P.C. |

/s/Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff

### **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that Al Shen Xue dba Mongolian BBQ Buffet <u>only</u> be dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: 6/15/11

_____
United States District Court Judge